IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. CARTER,

    Plaintiff,                      No. CIV S-11-2688 CKD P

    vs.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.                   ORDER

                                /

         By an order filed October 25, 2011 plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: December 14, 2011

                                     _____
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

de - cart2688.fifp